# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRACY OTTO | § | Case No. 16-81983 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/19/2016 . The undersigned trustee was appointed on 08/19/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $ 36,168.66

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 36,168.66 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/17/2017 and the deadline for filing governmental claims was 02/17/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,240.89 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,240.89 , for a total compensation of $ 3,240.89 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.56 , for total expenses of $ 21.56 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/20/2017        By:/s/BERNARD J. NATALE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-81983 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | TRACY OTTO | | | | Date Filed (f) or Converted (c): | 08/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2016 |
| For Period Ending: | 03/17/2017 | | | | Claims Bar Date: | 02/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 104 North Main St. Baileyville Il | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| 2. 2007 Chrysler Pacifica | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 3. 2010 Ford Fusion | 8,000.00 | 8,000.00 | OA | 0.00 | FA |
| 4. 2002 Chevy Impala | 500.00 | 500.00 | OA | 0.00 | FA |
| 5. 2011 Chrysler 200 Owned Jointly With Daughter | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 6. Furniture, Furnishings, Appliances And Misc. Other Items | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Tvs, Computer, Printer, Small Electornic Items | 750.00 | 0.00 | OA | 0.00 | FA |
| 8. Books, Pictures, Dvds, Music Cds And Misc. Other Items | 500.00 | 0.00 | OA | 0.00 | FA |
| 9. Misc. Sporting Goods And Recreational Items | 150.00 | 0.00 | OA | 0.00 | FA |
| 10. Debtor's Clothing | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 11. Rings, Watches And Misc. Other Items | 150.00 | 0.00 | OA | 0.00 | FA |
| 12. Misc. Household Implements And Tools | 150.00 | 0.00 | OA | 0.00 | FA |
| 13. Lawn Mower And Misc. Lawn Equipment | 200.00 | 0.00 | OA | 0.00 | FA |
| 14. Cash From Wages | 100.00 | 0.00 | OA | 0.00 | FA |
| 15. Cornerstone Credit Union | 750.00 | 0.00 | OA | 0.00 | FA |
| 16. Cornerstone Credit Union | 50.00 | 0.00 | OA | 0.00 | FA |
| 17. Retirement Account With Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Debtor Is A Beneficiary Under The Leonard Otto Trust (Trust | 0.00 | 0.00 | | 36,168.66 | FA |
| 19. Term Life Policy | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $74,800.00        $68,500.00        $36,168.66        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-81983
Case Name: TRACY OTTO
Taxpayer ID No: XX-XXX0116
For Period Ending: 03/17/2017

Trustee Name: BERNARD J. NATALE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8772
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | 18 | Mahoney & Mahoney Trust Account 50 W Douglas St #300 Freeoirt IL 61032 | Inheritance | 1129-000 | $36,168.66 | | $36,168.66 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $36,168.66 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,168.66 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,168.66 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8772 - Checking | $36,168.66 | $0.00 | $36,168.66 |
| | $36,168.66 | $0.00 | $36,168.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,168.66 |
| Total Gross Receipts: | $36,168.66 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-81983  
Debtor Name: TRACY OTTO  
Claims Bar Date: 2/17/2017  

Date: March 17, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $3,240.89 | $3,240.89 |
| TREXP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $21.56 | $21.56 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $3,402.50 | $3,402.50 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $22.04 | $22.04 |
| 1 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $916.86 | $916.86 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,222.65 | $2,222.65 |
| 3 300 7100 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $0.00 | $636.23 | $636.23 |
| 4 300 7100 | Capital One Bank (Usa), Na<br>American InforSource LP<br>Po Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,781.64 | $1,781.64 |
| 5 300 7100 | Capital One Bank (Usa), Na<br>American InforSource LP<br>Po Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,780.23 | $1,780.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-81983  
Debtor Name: TRACY OTTO  
Claims Bar Date: 2/17/2017  

Date: March 17, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 6 300 7100 | Pyod, Llc as Assignee of FNBM LLC<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $1,346.14 | $1,346.14 |
| 7 300 7100 | Pyod, Llc as Assignee of FNBM LLC<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $829.88 | $829.88 |
| 8 300 7100 | Golden Valley Lending<br>633 East Hwy 20 "E"<br>Upper Lake, Ca 95485 | Unsecured | | $0.00 | $1,000.00 | $1,000.00 |
| 9 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,112.42 | $1,112.42 |
| 10 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,654.05 | $1,654.05 |
| 11 300 7100 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>P O Box 3978<br>Seattle, Wa 98124-3978 | Unsecured | | $0.00 | $785.30 | $785.30 |
| 12 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,615.57 | $1,615.57 |
| 13 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,107.85 | $1,107.85 |
| 14 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,374.28 | $1,374.28 |
| | Case Totals | | | $0.00 | $24,850.09 | $24,850.09 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                   Printed: March 17, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-81983     Date: March 17, 2017
Debtor Name: TRACY OTTO
Claims Bar Date: 2/17/2017

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-81983
Case Name: TRACY OTTO
Trustee Name: BERNARD J. NATALE

Balance on hand  $ 36,168.66

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 3,240.89 | $ 0.00 | $ 3,240.89 |
| Trustee Expenses: BERNARD J. NATALE | $ 21.56 | $ 0.00 | $ 21.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 3,402.50 | $ 0.00 | $ 3,402.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 22.04 | $ 0.00 | $ 22.04 |

Total to be paid for chapter 7 administrative expenses  $ 6,686.99

Remaining Balance  $ 29,481.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,163.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 916.86 | $ 0.00 | $ 916.86 |
| 2 | Quantum3 Group Llc As Agent For | $ 2,222.65 | $ 0.00 | $ 2,222.65 |
| 3 | Discover Bank | $ 636.23 | $ 0.00 | $ 636.23 |
| 4 | Capital One Bank (Usa), Na | $ 1,781.64 | $ 0.00 | $ 1,781.64 |
| 5 | Capital One Bank (Usa), Na | $ 1,780.23 | $ 0.00 | $ 1,780.23 |
| 6 | Pyod, Llc as Assignee of FNBM LLC | $ 1,346.14 | $ 0.00 | $ 1,346.14 |
| 7 | Pyod, Llc as Assignee of FNBM LLC | $ 829.88 | $ 0.00 | $ 829.88 |
| 8 | Golden Valley Lending | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 9 | Portfolio Recovery Associates, Llc | $ 1,112.42 | $ 0.00 | $ 1,112.42 |
| 10 | Portfolio Recovery Associates, Llc | $ 1,654.05 | $ 0.00 | $ 1,654.05 |
| 11 | Comenity Capital Bank/Paypal Credit | $ 785.30 | $ 0.00 | $ 785.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, Llc | $ 1,615.57 | $ 0.00 | $ 1,615.57 |
| 13 | Portfolio Recovery Associates, Llc | $ 1,107.85 | $ 0.00 | $ 1,107.85 |
| 14 | Portfolio Recovery Associates, Llc | $ 1,374.28 | $ 0.00 | $ 1,374.28 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,163.10 |
| | Remaining Balance | | $ | 11,318.57 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 58.81 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable

interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 11,259.76 .