UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRACY OTTO | § | Case No. 16-81983 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
Northern District of Illinois
Western Division
327 S. Church Street, Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/03/2017 in Courtroom 3100,
United States Bankruptcy Court
327 S Church Street
Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2017          By:  /S/ BERNARD J. NATALE
                                              TRUSTEE


*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
 §
 §
TRACY OTTO § Case No. 16-81983
 §
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 36,168.66 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 36,168.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BERNARD J. NATALE | $ 3,240.89 | $ 0.00 | $ 3,240.89 |
| Trustee Expenses: BERNARD J. NATALE | $ 21.56 | $ 0.00 | $ 21.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 3,402.50 | $ 0.00 | $ 3,402.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 22.04 | $ 0.00 | $ 22.04 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,686.99 |
| Remaining Balance | | | $ 29,481.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,163.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 916.86 | $ 0.00 | $ 916.86 |
| 2 | Quantum3 Group Llc As Agent For | $ 2,222.65 | $ 0.00 | $ 2,222.65 |
| 3 | Discover Bank | $ 636.23 | $ 0.00 | $ 636.23 |
| 4 | Capital One Bank (Usa), Na | $ 1,781.64 | $ 0.00 | $ 1,781.64 |
| 5 | Capital One Bank (Usa), Na | $ 1,780.23 | $ 0.00 | $ 1,780.23 |
| 6 | Pyod, Llc as Assignee of FNBM LLC | $ 1,346.14 | $ 0.00 | $ 1,346.14 |
| 7 | Pyod, Llc as Assignee of FNBM LLC | $ 829.88 | $ 0.00 | $ 829.88 |
| 8 | Golden Valley Lending | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| 9 | Portfolio Recovery Associates, Llc | $ 1,112.42 | $ 0.00 | $ 1,112.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, Llc | $ 1,654.05 | $ 0.00 | $ 1,654.05 |
| 11 | Comenity Capital Bank/Paypal Credit | $ 785.30 | $ 0.00 | $ 785.30 |
| 12 | Portfolio Recovery Associates, Llc | $ 1,615.57 | $ 0.00 | $ 1,615.57 |
| 13 | Portfolio Recovery Associates, Llc | $ 1,107.85 | $ 0.00 | $ 1,107.85 |
| 14 | Portfolio Recovery Associates, Llc | $ 1,374.28 | $ 0.00 | $ 1,374.28 |

Total to be paid to timely general unsecured creditors $ 18,163.10

Remaining Balance $ 11,318.57

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 58.81 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 11,259.76 .

    Prepared By: /S/ BERNARD J. NATALE
    TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**<u>Case No: 16-81983</u>**
**<u>Case Name: TRACY OTTO</u>**

**<u>Proof of Service</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) SS |
| COUNTY OF WINNEBAGO | ) |

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** by sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE
AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 11th day of April, 2017.

                                                   /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
11th  day of April,  2017.
/s/    Denise M Bennett
Notary Public

My commission expires July 15, 2018

| | | |
|---|---|---|
| 1st Gateway Credit Union<br>P O Box 110<br>Camanche IA 52730 | Avant<br>620 N LaSalle St #535<br>Chicago IL 60654 | Capital One Bank<br>P O Box 790216<br>St Louis MO 63179-0216 |
| Capital One Bank<br>P O Box 5294<br>Carol Stream IL 601975294 | Capital One Bank USA NA<br>P O Box 71083<br>Charlotte NC 282721083 | Chase<br>Cardmember Services<br>P O Box 1423<br>Charlotte NC 28201 |
| Cornerstone Credit Union<br>550 West Meadows Drive<br>Freeport IL 61032 | Credit One Bank<br>P O Box 98873<br>Las Vega NV 89193 | Discover<br>P O Box 30395<br>Salt Lake City UT 841300395 |
| Discover Card<br>P O Box 6103<br>Carol Stream IL 601976103 | First Premier Bank<br>P O Box 5147<br>Sioux Falls SD 571175147 | Gordmans<br>World Financial Network Nat'l Bank<br>P O Box 659704<br>San Antonio TX 782659704 |
| JC Penney<br>P O Box 960001<br>Orlando FL 328960001 | Old Navy<br>Monogram Credit Card Bank Georgia<br>P O Box 530993<br>Atlanta GA 303530993 | Phillips 66<br>P O Box 689140<br>Des Moines IA 50368 |
| Sam's Club/GEMB<br>P O Box 530942<br>Atlanta GA 303530942 | Security Finance<br>423 South Street<br>Freeport IL 61032 | Springleaf Financial Services<br>1888 S West Avenue<br>Freeport IL 61032 |
| Synchrony Bank<br>P O Box 530916<br>Atlanta GA 3053 | Victoria's Secret<br>P O Box 659728<br>San Antonio TX 782639728 | Walmart/GEMB<br>P O Box 530927<br>Atlanta GA 303530927 |
| Web Bank/DFS<br>One Dell Way<br>Round Rock TX 78682 | Tracy I Otto<br>104 N Main St<br>Baileyville IL 61007 | Attorney Mark Zaleski<br>10 N Galena Avenue #220<br>Freeport IL 61032 |
| Attorney Tim Mahoney<br>Mahoney & Hauser Ltd<br>50 W Douglas Street #300<br>Freeport IL 61032 | U S Trustee<br>780 Regent Street<br>Suite 304<br>Madison WI 53715 | |