UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                §
                                      §
TRACY OTTO                            §        Case No. 16-81983
                                      §
                                      §
         Debtor                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 54,300.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,500.00 |
| Total Distributions to Claimants:  18,221.91 | Claims Discharged<br>Without Payment:  106,100.00 |
| Total Expenses of Administration:  6,686.99 | |

    3) Total gross receipts of $ 36,168.66  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 11,259.76  (see **Exhibit 2**), yielded net receipts of $ 24,908.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 60,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,686.99 | 6,686.99 | 6,686.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,600.00 | 18,163.10 | 18,163.10 | 18,221.91 |
| **TOTAL DISBURSEMENTS** | $ 106,100.00 | $ 24,850.09 | $ 24,850.09 | $ 24,908.90 |

4)  This case was originally filed under chapter 7 on 08/19/2016 . The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2017                By:/s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor Is A Beneficiary Under The Leonard Otto Trust (Trust | 1129-000 | 36,168.66 |
| **TOTAL GROSS RECEIPTS** | | **$ 36,168.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TRACY OTTO | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 11,259.76 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 11,259.76** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Gateway Credit Union, POB 110 Camanche, IA 52730 | | 17,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cornerstone Credit Union, 550 West Meadows Drive Freeport, IL 61032 | | 20,000.00 | NA | NA | 0.00 |
| | Cornerstone Credit Union, 550 West Meadows Drive Freeport, IL 61032 | | 11,000.00 | NA | NA | 0.00 |
| | Cornerstone Credit Union, 550 West Meadows Drive Freeport, IL 61032 | | 4,500.00 | NA | NA | 0.00 |
| | Springleaf Financial Services, 1888 S. West Ave Freeport, IL 61032 | | 8,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 60,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,240.89 | 3,240.89 | 3,240.89 |
| BERNARD J. NATALE | 2200-000 | NA | 21.56 | 21.56 | 21.56 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,402.50 | 3,402.50 | 3,402.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 22.04 | 22.04 | 22.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,686.99 | $ 6,686.99 | $ 6,686.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (Buy Power Card), PO Box 5294 Carol Stream, IL 60197-5294 | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (Buy Power Card), PO Box 5294 Carol Stream, IL 60197-5294 | | 600.00 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 790216 Saint Louis, MO 63179-0216 | | 1,800.00 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 790216 Saint Louis, MO 63179-0216 | | 1,800.00 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 790216 Saint Louis, MO 63179-0216 | | 1,800.00 | NA | NA | 0.00 |
| | Capital One Bank, PO Box 790216 Saint Louis, MO 63179-0216 | | 1,800.00 | NA | NA | 0.00 |
| | Chase, Cardmember Service PO Box 1423 Charlotte, NC 28201 | | 1,100.00 | NA | NA | 0.00 |
| | Chase, Cardmember Service PO Box 1423 Charlotte, NC 28201 | | 1,100.00 | NA | NA | 0.00 |
| | Credit One Bank, PO Box 98873 Las Vegas, NV 89193 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank, PO Box 98873 Las Vegas, NV 89193 | | 800.00 | NA | NA | 0.00 |
| | Credit One Bank, PO Box 98873 Las Vegas, NV 89193 | | 1,300.00 | NA | NA | 0.00 |
| | Credit One Bank, PO Box 98873 Las Vegas, NV 89193 | | 1,300.00 | NA | NA | 0.00 |
| | Discover, PO Box 30395 Salt Lake City, UT 84130-0395 | | 600.00 | NA | NA | 0.00 |
| | Discover, PO Box 30395 Salt Lake City, UT 84130-0395 | | 600.00 | NA | NA | 0.00 |
| | First Premier Bank, PO Box 5147 Sioux Falls, SD 57117-5147 | | 900.00 | NA | NA | 0.00 |
| | First Premier Bank, PO Box 5147 Sioux Falls, SD 57117-5147 | | 1,000.00 | NA | NA | 0.00 |
| | First Premier Bank, PO Box 5147 Sioux Falls, SD 57117-5147 | | 900.00 | NA | NA | 0.00 |
| | First Premier Bank, PO Box 5147 Sioux Falls, SD 57117-5147 | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Golden Valley Lending, 633 East Hwy 20 Upper Lake, CA 95485 | | 1,000.00 | NA | NA | 0.00 |
| | Gordmans, World Financial Network National Ba PO Box 659704 San Antonio, TX 78265-9704 | | 900.00 | NA | NA | 0.00 |
| | Gordmans, World Financial Network National Ba PO Box 659704 San Antonio, TX 78265-9704 | | 900.00 | NA | NA | 0.00 |
| | Greenline Loans, POB 507 Hays, MT 59527 | | 500.00 | NA | NA | 0.00 |
| | JC Penney, PO Box 960001 Orlando, FL 32896-0001 | | 1,400.00 | NA | NA | 0.00 |
| | JC Penney, PO Box 960001 Orlando, FL 32896-0001 | | 1,400.00 | NA | NA | 0.00 |
| | Lend Up, 237 Kearny St, #371 San Francisco, CA 94108 | | 200.00 | NA | NA | 0.00 |
| | Old Navy, Monogram Credit Card Bank Georgia PO Box 530993 Atlanta, GA 30353-0993 | | 650.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Navy, Monogram Credit Card Bank Georgia PO Box 530993 Atlanta, GA 30353-0993 | | 650.00 | NA | NA | 0.00 |
| | Phillips 66, PO Box 689060 Des Moines, IA 50368-9060 | | 1,100.00 | NA | NA | 0.00 |
| | Phillips 66, PO Box 689060 Des Moines, IA 50368-9060 | | 1,100.00 | NA | NA | 0.00 |
| | Sam's Club / GEMB, PO Box 530942 Atlanta, GA 30353-0942 | | 1,600.00 | NA | NA | 0.00 |
| | Sam's Club / GEMB, PO Box 530942 Atlanta, GA 30353-0942 | | 1,600.00 | NA | NA | 0.00 |
| | Security Finance, 423 South Street Freeport, IL 61032 | | 1,500.00 | NA | NA | 0.00 |
| | Security Finance, 423 South Street Freeport, IL 61032 | | 1,500.00 | NA | NA | 0.00 |
| | Synchrony Bank--Dicks Sporting Good, POB 530916 Atlanta, GA 30353 | | 1,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank--Dicks Sporting Good, POB 530916 Atlanta, GA 30353 | | 1,600.00 | NA | NA | 0.00 |
| | Victoria's Secret, PO Box 659728 San Antonio, TX 78263-9728 | | 2,200.00 | NA | NA | 0.00 |
| | Victoria's Secret, PO Box 659728 San Antonio, TX 78263-9728 | | 2,200.00 | NA | NA | 0.00 |
| | Walmart / GEMB, PO Box 530927 Atlanta, GA 30353-0927 | | 1,100.00 | NA | NA | 0.00 |
| | Walmart / GEMB, PO Box 530927 Atlanta, GA 30353-0927 | | 1,100.00 | NA | NA | 0.00 |
| | Web Bank/DFS, One Dell Way Round Rock, TX 78682 | | 0.00 | NA | NA | 0.00 |
| | Web Bank/DFS, One Dell Way Round Rock, TX 78682 | | 0.00 | NA | NA | 0.00 |
| 4 | Capital One Bank (Usa), Na | 7100-000 | NA | 1,781.64 | 1,781.64 | 1,781.64 |
| 5 | Capital One Bank (Usa), Na | 7100-000 | NA | 1,780.23 | 1,780.23 | 1,780.23 |
| 11 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 785.30 | 785.30 | 785.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | NA | 636.23 | 636.23 | 636.23 |
| 8 | Golden Valley Lending | 7100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,654.05 | 1,654.05 | 1,654.05 |
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,615.57 | 1,615.57 | 1,615.57 |
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,107.85 | 1,107.85 | 1,107.85 |
| 14 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,374.28 | 1,374.28 | 1,374.28 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,112.42 | 1,112.42 | 1,112.42 |
| 6 | Pyod, Llc as Assignee of FNBM LLC | 7100-000 | NA | 1,346.14 | 1,346.14 | 1,346.14 |
| 7 | Pyod, Llc as Assignee of FNBM LLC | 7100-000 | NA | 829.88 | 829.88 | 829.88 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 916.86 | 916.86 | 916.86 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 2,222.65 | 2,222.65 | 2,222.65 |
| | Capital One Bank (Usa), Na | 7990-000 | NA | NA | NA | 11.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Capital Bank/Paypal Credit | 7990-000 | NA | NA | NA | 2.54 |
| | Discover Bank | 7990-000 | NA | NA | NA | 2.06 |
| | Golden Valley Lending | 7990-000 | NA | NA | NA | 3.24 |
| | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 22.22 |
| | Pyod, Llc as Assignee of FNBM LLC | 7990-000 | NA | NA | NA | 7.05 |
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 10.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,600.00 | $ 18,163.10 | $ 18,163.10 | $ 18,221.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-81983 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TRACY OTTO | | | | Date Filed (f) or Converted (c): | 08/19/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/29/2016 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 02/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 104 North Main St. Baileyville Il | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| 2. 2007 Chrysler Pacifica | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 3. 2010 Ford Fusion | 8,000.00 | 8,000.00 | OA | 0.00 | FA |
| 4. 2002 Chevy Impala | 500.00 | 500.00 | OA | 0.00 | FA |
| 5. 2011 Chrysler 200 Owned Jointly With Daughter | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 6. Furniture, Furnishings, Appliances And Misc. Other Items | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Tvs, Computer, Printer, Small Electornic Items | 750.00 | 0.00 | OA | 0.00 | FA |
| 8. Books, Pictures, Dvds, Music Cds And Misc. Other Items | 500.00 | 0.00 | OA | 0.00 | FA |
| 9. Misc. Sporting Goods And Recreational Items | 150.00 | 0.00 | OA | 0.00 | FA |
| 10. Debtor's Clothing | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 11. Rings, Watches And Misc. Other Items | 150.00 | 0.00 | OA | 0.00 | FA |
| 12. Misc. Household Implements And Tools | 150.00 | 0.00 | OA | 0.00 | FA |
| 13. Lawn Mower And Misc. Lawn Equipment | 200.00 | 0.00 | OA | 0.00 | FA |
| 14. Cash From Wages | 100.00 | 0.00 | OA | 0.00 | FA |
| 15. Cornerstone Credit Union | 750.00 | 0.00 | OA | 0.00 | FA |
| 16. Cornerstone Credit Union | 50.00 | 0.00 | OA | 0.00 | FA |
| 17. Retirement Account With Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Debtor Is A Beneficiary Under The Leonard Otto Trust (Trust | 0.00 | 0.00 | | 36,168.66 | FA |
| 19. Term Life Policy | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $74,800.00 | $68,500.00 | | $36,168.66 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2017	Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-81983 | Trustee Name: BERNARD J. NATALE |
| Case Name: TRACY OTTO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8772 |
| | Checking |
| Taxpayer ID No: XX-XXX0116 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | 18 | Mahoney & Mahoney Trust Account 50 W Douglas St #300 Freeoirt IL 61032 | Inheritance | 1129-000 | $36,168.66 | | $36,168.66 |
| 05/03/17 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $3,262.45 | $32,906.21 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($3,240.89) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trsutee Expenses ($21.56) | 2200-000 | | | |
| 05/03/17 | 1102 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $3,424.54 | $29,481.67 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($3,402.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($22.04) | 3120-000 | | | |
| 05/03/17 | 1103 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Distribution | | | $3,149.68 | $26,331.99 |
| | | | ($10.17) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Ref #0222/Gordmans ($916.86) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Ref #4651/Victoria Secret ($2,222.65) | 7100-000 | | | |
| 05/03/17 | 1104 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Ref #2073 | | | $638.29 | $25,693.70 |
| | | | ($2.06) | 7990-000 | | | |
| | | Discover Bank | Ref #2073 ($636.23) | 7100-000 | | | |

| | | | Page Subtotals: | | $36,168.66 | $10,474.96 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-81983 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | TRACY OTTO | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8772 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0116 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/17 | 1105 | Capital One Bank (Usa), Na<br>American InforSource LP<br>Po Box 71083<br>Charlotte, NC 28272-1083 | Distribution | | | $3,573.40 | $22,120.30 |
| | | | ($11.53) | 7990-000 | | | |
| | | Capital One Bank (Usa), Na | Ref #6373     ($1,781.64) | 7100-000 | | | |
| | | Capital One Bank (Usa), Na | Ref #9145     ($1,780.23) | 7100-000 | | | |
| 05/03/17 | 1106 | Pyod, Llc as Assignee of FNBM LLC<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $2,183.07 | $19,937.23 |
| | | | ($7.05) | 7990-000 | | | |
| | | Pyod, Llc as Assignee of FNBM LLC | Ref #9045     ($1,346.14) | 7100-000 | | | |
| | | Pyod, Llc as Assignee of FNBM LLC | Ref #7805     ($829.88) | 7100-000 | | | |
| 05/03/17 | 1107 | Golden Valley Lending<br>633 East Hwy 20 "E"<br>Upper Lake, Ca 95485 | Ref #0631 | | | $1,003.24 | $18,933.99 |
| | | | ($3.24) | 7990-000 | | | |
| | | Golden Valley Lending | Ref #0631     ($1,000.00) | 7100-000 | | | |
| 05/03/17 | 1108 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #2081/Walmart CC | | | $1,116.02 | $17,817.97 |
| | | | ($3.60) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Ref #2081/Walmart CC  ($1,112.42) | 7100-000 | | | |
| 05/03/17 | 1109 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #4402 Dick's Sprtg Gds | | | $1,659.40 | $16,158.57 |
| | | | ($5.35) | 7990-000 | | | |

Page Subtotals:         $0.00         $9,535.13

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-81983 | Trustee Name: | BERNARD J. NATALE |
| Case Name: TRACY OTTO | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX8772 |
| | | Checking |
| Taxpayer ID No: XX-XXX0116 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Portfolio Recovery Associates, Llc | Ref #4402 Dick's Sprtg Gds ($1,654.05) | 7100-000 | | | |
| 05/03/17 | 1110 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>P O Box 3978<br>Seattle, Wa 98124-3978 | Ref #1921 | | | $787.84 | $15,370.73 |
| | | | ($2.54) | 7990-000 | | | |
| | | Comenity Capital Bank/Paypal Credit | Ref #1921 ($785.30) | 7100-000 | | | |
| 05/03/17 | 1111 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #3404/Sam's Club | | | $1,620.80 | $13,749.93 |
| | | | ($5.23) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Ref #3404/Sam's Club ($1,615.57) | 7100-000 | | | |
| 05/03/17 | 1112 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #6400/Phillips 66CC | | | $1,111.44 | $12,638.49 |
| | | | ($3.59) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Ref #6400/Phillips 66CC ($1,107.85) | 7100-000 | | | |
| 05/03/17 | 1113 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #0823/JCPenney CC | | | $1,378.73 | $11,259.76 |
| | | | ($4.45) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Ref #0823/JCPenney CC ($1,374.28) | 7100-000 | | | |
| 05/03/17 | 1114 | TRACY OTTO<br>104 NORTH MAIN ST.<br>BAILEYVILLE, IL 61007 | Distribution of surplus funds to debtor. | 8200-002 | | $11,259.76 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $36,168.66 | $36,168.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,168.66 | $36,168.66 |
| Page Subtotals: | $0.00 | $16,158.57 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $11,259.76 |
| Net | $36,168.66 | $24,908.90 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8772 - Checking | $36,168.66 | $24,908.90 | $0.00 |
| | $36,168.66 | $24,908.90 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,168.66 |
| Total Gross Receipts: | $36,168.66 |